## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### <u>SENTENCING</u>

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                        **Case No:   21-20060-05**

**Daniel Aubrey Jenkins,**

        **Defendant.**

        **Atty for Govt: Ryan Huschka, Kate Alexander, Francisco Zornosa**
        **Atty for Deft: Kirk Redmond & Ellen Albritton**

| JUDGE: | Julie A. Robinson | DATE: | 8/7/2025 |
|---|---|---|---|
| CLERK: | Sarah Spegal | TAPE/REPORTER: | Dani Murray |
| INTERPRETER: | | PRETRIAL/PROBATION: | Cassidi Lundell |

☒  For Details of Sentence See Judgment and Commitment Order

☐  Restitution Ordered under 18:3663      $ _____  on count(s)
                                   $ _____  on count(s)

☒  **<u>Total Restitution:</u>**          **$ Taken under advisement, Court to issue Order.**

☐  Defendant Fined                 $ _____  on count(s) _____
                                   $ _____  on count(s)

☐  **<u>Total Fine:</u>**           $ NO FINE

☒  Defendant Assessed under 18:3013      $ 100.00 on count 1

☒  **<u>Total Assessment:</u>**          $**<u>100.00</u>**

☐  Count(s) _____ dismissed by the court on the motion of the United States.
☒  Government  ☒  Defendant   - Advised of right to appeal
☒  Defendant to voluntarily surrender.
☐  Defendant remanded to custody
☐  Stay of Execution   ☐ Granted   ☐ Denied
☒  Notes:   The Court recommends placement as close to Braselton, GA as possible.